**EXHIBIT 3**

## Modification Agreement
(to Global Amendment Agreement)

**This Modification Agreement** is made on June ⅃_, 2015, by and between

**Medical Imaging Corp,** a Nevada based Corporation ("Company"); **Partners Imaging Center of Venice, LLC** (a "Center"), **Partners Imaging Center of Charlotte, LLC** (a "Center"), **Partners Imaging Center of Naples, LLC** (a "Center") (each Company and each Center may be referred to as a "party"), and

**Partners Imaging Holdings LLC** a Florida Limited Liability Company ("Provider" and a "party").

### Background

The parties entered into the Global Amendment Agreement dated March 11, 2015 (the "Agreement"), including the Security Agreement identified therein.

The parties desire to modify the Agreement as set forth herein.

**For value received and acknowledged,** and intending to be legally bound, the parties agree as follows:

1.     **Modification(s).** The Agreement is modified as follows:

A.     The Reading Agreement term ending May 31 in paragraph 1 of the Agreement and the Billing Agreement term ending May 31 in paragraph 4 of the Agreement is extended for each Center through the earlier of (i) 10 days after receipt by the Center of its AHCA license [Company or the Center receiving the AHCA license shall notify Provider within 48 hours of such Center's receipt of its AHCA license], or (ii) June 30, 2015. By written notice delivered to Provider by June 30, 2015, Company and each Center shall be entitled to extend the date for any Center not having an AHCA license for a further 30 days subject to the same termination terms as the preceding sentence.

B.     The Reading Agreement period of May 31 through August 31 (relating to ceasing services for credentialed Payors) and the term ending August 31 both in paragraph 1 of the Agreement and the Billing Agreement terms ending August 31 and November 30 in paragraph 4 of the Agreement, will be extended for each Center whose term was extended in 1 above for the same number of days contained in the extended time period(s) as set forth in 1 above.

C.     The 5% rate in paragraph 5 of the Billing Agreement is increased to 6.5% beginning June 8, 2015. The rate is increased again to 8% beginning July 1, 2015.

D.     The following 2 sentences from paragraph 17 of the Agreement will be deleted and substituted with the language contained in Section 1(E) of this Modification.

"The release set forth in subpart "(i)" above will only become operative on the earlier of the date that (a) MIC obtains its license approval from the Florida AHCA, or (b) the completion of the obligations of PIH under the Billing Agreement. The release in (i) shall be inoperative if the Billing Agreement is terminated early by Provider in breach of the Billing Agreement."

E.   The following 2 sentences shall be substituted for the language deleted as set forth in Section 1(D) of this Modification:

"The release in subpart (i) above will only become operative as to a particular Center on the earlier of (a) receipt by the Center of its AHCA license, or (b) July 31, 2015. The release in (i) shall be inoperative as to a particular Center if the Billing Agreement is terminated as to the particular Center early by Provider in breach by Provider of the Billing Agreement prior to the earlier of (a) receipt by the Center of its AHCA license, or (b) July 31, 2015."

F.   The Release in subpart (ii) of paragraph 17 of the Agreement releases all claims to date of this Modification Agreement.

2.   **Term Meaning Continuity.**  Terms defined in the Agreement shall have the same meaning herein except as provided otherwise herein.

3.   **Inconsistencies.**  Notwithstanding any contrary provision herein or in the Agreement, the terms and conditions herein shall control any inconsistent provision in the Agreement.

4.   **Amended and Restated.**  The Agreement is amended and restated as modified herein.

5.   **Counterparts; Facsimile or Electronic Signatures.**  This Agreement may be signed in two or more counterparts all of which taken together shall constitute a single Agreement. A facsimile or other electronic signature shall be deemed an original for all purposes hereof.

[Signature page to Modification Agreement]

**In Witness Whereof**, the parties executed and delivered this instrument as of the date first above written.

**Witnesses:**

_____(Print Name)

_____(Print Name)
ΨAKINA Gcedkova

**Company/Centers:**
**Medical Imaging Corp.**
**Partners Imaging Center of Venice, LLC**
**Partners Imaging Center of Charlotte, LLC**
**Partners Imaging Center of Naples, LLC**

By_____
      Mitchell Geisler
      CEO of Company and
      Authorized Signatory of Centers

**Provider:**
**Partners Imaging Holdings LLC**

_____(Print Name)

_____(Print Name)

By_____
      Richard Goldberg, M.D.
      Managing Member

3

[Signature page to Modification Agreement]

In Witness Whereof, the parties executed and delivered this instrument as of the date first above written.

Witnesses:

Company/Centers:
Medical Imaging Corp.
Partners Imaging Center of Venice, LLC
Partners Imaging Center of Charlotte, LLC
Partners Imaging Center of Naples, LLC

_____
_____(Print Name)

By_____
    Mitchell Geisler
    CEO of Company and
    Authorized Signatory of Centers

_____
_____(Print Name)

Provider:
Partners Imaging Holdings LLC

_____
_____(Print Name)

By_____
    Richard Goldberg, M.D.
    Managing Member

_____
Jennifer Muñoz (Print Name)

3