## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

MEDICAL IMAGING CORP., PARTNERS
IMAGING CENTER OF VENICE LLC,
PARTNERS IMGAING CENTER OF
CHARLOTTE LLC and PARTNERS
IMAGING CENTER OF NAPLES LLC,

      Plaintiffs,

v.                                      Case No: 8:17-cv-1933-T-36TGW

PARTNERS IMAGING HOLDINGS LLC,

      Defendant.

_____

# NOTICE TO COUNSEL

## Jeffrey Chubak

Please review Local Rule 2.02 of the Local Rules of the United States District Court for

the Middle District of Florida for non-resident attorneys.  Note the fourteen (14) day deadline.

Please go to www.flmd.uscourts.gov under the Attorney Resources section for further information

or call the Clerk's Office for the division in which you will be filing.

**Motion to Appear Pro Hac Vice:**

Local Counsel: Please file a Motion to Appear Pro Hac Vice electronically on
behalf of the non-resident attorney(s).

**Special Admission Attorney Certification Form:**

Please complete the Special Admission Attorney Certification form. This is a
required document for non-resident attorneys in this Court located on our website
at www.flmd.uscourts.gov under Attorney Resources.  Please mail this form with
the $150.00 fee to the Clerk's Office.  Checks should be made payable to Clerk,
U.S. District Court.

**Special Admission Fee:**

The $150.00 fee is per attorney appearing Pro Hac Vice per case. (To be submitted with the Special Admission Attorney Certification form).

Once the Special Admission Attorney Certification Form and fee have been filed and the motion to appear pro hac vice has been granted, counsel must register for a CM/ECF login and password.

ELIZABETH M. WARREN,
CLERK

s/C.R., Deputy Clerk