**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**MEDICAL IMAGING CORP., PARTNERS**
**IMAGING CENTER OF VENICE, LLC,**
**PARTERS IMAGING CENTEROF CHARLOTTE, LLC,**
**and PARTNERS IMAGING CENTER**
**OF NAPLES, LLC,**

       **Plaintiff,**

                                 **Case No.: 8:17-cv-1933-T-36TGW**

**vs.**

**PARTNERS IMAGING HOLDINGS LLC,**

       **Defendant.**
_____/

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND**
**TO THE COMPLAINT**

Defendant, by and through its undersigned counsel, and pursuant to Local Rule 3.1, hereby files this Motion for Extension of time to respond to the Complaint, and in support states as follows:

1.    The law suit was served on the Defendant on August 22, 2017, and a response is due on September 12,  2017.

2.    The undersigned counsel had numerous matters requiring his attention since the service of the Complaint and was also scheduled to be out of town part of this time. Also, Hurricane Irma has caused a disruption in normal work times and the ability to confer with the client.

3.    The Defendant is requesting a 15 day extension of time to respond to the Complaint which would make the response  due by September 27, 2017.

Case 8:17-cv-01933-CEH-TGW   Document 9   Filed 09/08/17   Page 2 of 3 PageID 74

4. The undersigned counsel has conferred with counsel for the Plaintiffs, Seth P. Robert, and was informed he had no objection to this motion.

WHEREFORE, the Defendant prays this Court will grant its Motion for Extension of Time to Respond to the Complaint.

## MEMORANDUM IN SUPPORT

As stated above, this case was served on Defendant on August 22, 2017, so a response is due by September 12, 2017.  As a result, this motion for an extension of time to respond is filed timely.  The undersigned counsel had numerous matters to attend to since the service of the Complaint and was out of town part of the time. Also, Hurricane Irma has caused a  disruption in the normal work times for counsel and his client.  This Motion is not made for the purposes of delay and counsel for the Plaintiff has agreed to the extension of time.

For the reasons set forth above the Defendant respectfully requests the Court grant a 15 day extension of time to respond to the Complaint and grant any other relief the Court deems just and proper.

## CERTIFICATION

Pursuant to Local Rule 3.01, of this Court, the undersigned counsel certifies that he has conferred with counsel for the Plaintiff, Seth Robert, and he has  no objection to the extension of time requested in this motion.

Respectfully submitted,

James H. Burgess, Jr., Esq.
Florida Bar No. 0280763
Attorney for Defendant Rusty Ayers

1776 Ringling Boulevard
Sarasota, FL 34236
Telephone: 941-366-3700
Facsimile:  941-366-0189
Email: jburgess@burgessharrell.com

BY:___s/James H. Burgess, Jr._____
            James H. Burgess, Jr.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of September, 2017, I electronically filed the

foregoing with the Clerk of the Court by using the CM/ECF system which will send a copy and

notice of electronic filing to:

Seth P. Robert, Esq.                          Jeffrey Chubak, Esq.
Florida Bar No. 145696                        Attorney for Plaintiff
Brown Robert, LLP                             Storch Amini PC
Office of the County Attorney                 140 East 45th Street, 25th Floor
150 North Federal Highway                     New York, New York 10017
Fort Lauderdale, FL 33301                     Telephone: (217) 497-8247
Telephone: (954) 832-9400                     Facsimile: (217) 490-4208
Facsimile: (954) 832-9430                     jchubak@storchamini.com
srobert@brownrobert.com

Attorney for Defendant
Burgess, Harrell, Mancuso, Colton & La Porta, P.A.
1776 Ringling Boulevard
Sarasota, Florida 34236
Telephone:  (941) 366-3700
Facsimile:  (941) 366-0189
Email: jburgess@burgessharrell.com

By:  _s/James H. Burgess, Jr._____
          James H. Burgess, Jr.