UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MEDICAL IMAGING CORP., PARTNERS
IMAGING CENTER OF VENICE, LLC,
PARTNERS IMAGING CENTER OF
CHARLOTTE, LLC, and PARTNERS
IMAGING CENTER OF NAPLES, LLC,            Case No.  8:17-cv-1933-T-36TGW
                Plaintiffs,

- against -

PARTNERS IMAGING HOLDINGS LLC,
                Defendant.            /

**UNOPPOSED MOTION TO APPEAR PRO HAC VICE, WRITTEN DESIGNATION AND CONSENT TO ACT AND 3.01(g) CERTIFICATION**

Plaintiffs Medical Imaging Corp. ("Medical Imaging"), Partners Imaging Center of Venice, LLC ("Venice"), Partners Imaging Center of Naples, LLC ("Naples"), and Partners Imaging Center of Charlotte, LLC ("Charlotte") (collectively, the "Plaintiffs"), by and through their undersigned counsel, in accordance with Local Rule 2.02 of the Special Rules Governing Admission and Practice of Attorneys of the United States District Court for the Middle District of Florida, respectfully move for the admission of the applicant, Jeffrey Chubak, Esq., an associate attorney with Storch Amini, P.C., 140 East 45th Street, 25th Floor, New York, NY 10017, to represent Plaintiffs as follows:

1.      Seth P. Robert and his law firm Brown Robert, LLP has been retained as co-counsel for the Plaintiffs in all proceedings in this case.

2.      This Motion to Appear Pro Hac Vice is being filed on behalf of Jeffrey Chubak, Esq. ("Mr. Chubak") for permission to appear on behalf of the Plaintiffs.

Mr. Chubak's Special Admission Attorney Certification was previously filed with the Court.

3. As set forth in the Special Admission Attorney Certification, Mr. Chubak has read and is familiar with the most recent version of the Local Rules of this Court. He is also familiar with and understands that he will be bound by the Local Rules of this Court, including in particular Fla. Local Rule 2.04, as well as by the Code of Professional Responsibility and other professional and ethical limitations as set forth by The Florida Bar.

4. Mr. Chubak certifies herewith that he is a member in good standing and admitted to practice before the following Courts:

    a. New York;

    b. New Jersey;

    c. U.S. District Court, Southern District of New York; and

    d. U.S. District Court, Eastern District of New York.

5. Mr. Chubak is not a resident of Florida, nor does he maintain a regular practice of law within this State.

6. Mr. Chubak advised the undersigned that he had no appearances in Florida State courts within the last 365 days, and that his only appearances in Florida Federal courts during that period were in the following cases:

    a. *Clingman & Hanger Managements Associates, LLC v. Knobel, et al.*, Case No. 16-cv-62028-JAL (S.D. Fla.) (Mr. Chubak is Plaintiff's counsel); and

    b. *In re R.M.S. Titanic, Inc., et al.*, Chapter 11 Case No. 3:16-bk-

02230-PMG (Bankr. M.D. Fla.) (Mr. Chubak is counsel to the Official Committee of Unsecured Creditors).

7. Mr. Chubak designates Seth P. Robert, Esq. and the law firm of Brown Robert, LLP, 150 North Federal Highway, Suite 200, Fort Lauderdale, FL 33301, as the lawyer and law firm upon whom all notices and papers may be served and who will be responsible for the progress of this case, including the trial in default on the non-resident attorney.

8. In accordance with Local Rule 2.02(a) of the Rules of the United States District Court for the Middle District of Florida, Jeffrey Chubak, Esq., an associate attorney with Storch Amini, P.C., 140 East 45th Street, 25th Floor, New York, NY 10017, who is a non-resident attorney, acknowledges and provides herein his written designation and consent to act on the part of Seth P. Robert, Esq., of Brown Robert, LLP, 150 North Federal Highway, Suite 200, Fort Lauderdale, FL 33301, who is a member of the Bar of this Court, a resident of Florida and a member of the Florida Bar, upon whom all notices and papers may be served and who will be responsible for the progress of this case including trial in default of the above non-resident attorney.

9. The undersigned, Seth P. Robert, Esq., of the undersigned law firm of Brown Robert, LLP, a member of the Bar of this Court, in good standing, shall be designated as the attorney with whom the Court and opposing counsel may communicate regarding the conduct of this case and upon whom papers shall be served. A true and correct copy of Seth P. Robert's consent and designation is attached hereto and made a part hereof as Exhibit "1". Pursuant to Local Rule

2.02(a) of the United States District Court for the Middle District of Florida, Seth P. Robert certifies that Mr. Chubak has complied with the fee and email registration requirements of Local Rule 2.01(d) of the United States District Court for the Middle District of Florida.

10. Mr. Chubak's Special Admission Attorney Certification, along with the $150.00 fee payable to the Clerk, U.S. District Court, has been filed and paid to the Clerk in connection with the filing of this motion.

WHEREFORE, the Plaintiffs respectfully request that this Court enter an Order permitting Jeffrey Chubak to appear before this Court *pro hac vice* for purposes of this action, together with such other and further relief as to this Court appears just and proper.

## RULE 3.01(G) CERTIFICATION

Pursuant to Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida, undersigned counsel conferred with counsel for the Defendant and is authorized to represent that the Defendant does not oppose entry of an order granting the Motion.

## MEMORANDUM OF LAW

Rule 2.01, Local Rules, United States District Court, Middle District of Florida permits any attorney who is not a resident of Florida but who is a member in good standing of the bar of any District Court of the United States to appear before this Court *pro hac vice* for purposes of this litigation, provided that the attorney complies with certain requirements.  This Motion, together with the Special Admission Attorney Certification, required fee and e-mail registration requirements,

4

complies with the requirements of the Local Rules. For such reasons, the Motion should be granted.

        Respectfully Submitted,

        */s/ SETH P. ROBERT*
        Seth P. Robert
        Florida Bar No. 145696
        BROWN ROBERT, LLP
        150 North Federal Highway, Suite 200
        Fort Lauderdale, FL 33301
        Tel: (954) 832-9400
        Fax: (954) 832-9430
        Email: srobert@brownrobert.com

        *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of September, 2017, I electronically filed the foregoing Motion to Appear Pro Hac Vice, Written Designation and Consent to Act and 3.01(g) Certification by using the CM/ECF system, which served a true and correct copy upon counsel of record James H. Burgess, Jr., Burgess, Harrell, Mancuso, Colton & LaPorta, P.A., 1776 Ringling Blvd., Sarasota, FL 34236, e-mail: jburgess@burgessharrell.com

.

*/s/ SETH P. ROBERT*
Seth P. Robert
Florida Bar No. 145696
BROWN ROBERT, LLP
150 North Federal Highway, Suite 200
Fort Lauderdale, FL 33301
Tel: (954) 832-9400
Fax: (954) 832-9430
Email: srobert@brownrobert.com

*Attorneys for Plaintiffs*