UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MEDICAL IMAGING CORP.,
*et al.*,

      Plaintiffs,

v.                                        CASE NO. 8:17-cv-1933-T-36TGW

PARTNERS IMAGING HOLDINGS,
LLC,

      Defendant.

_____

## O R D E R

THIS CAUSE came on for consideration upon the plaintiffs' Unopposed Motion to Appear Pro Hac Vice, Written Designation and Consent to Act and 3.01(g) Certification on behalf of attorney Jeffrey Chubak (Doc. 12). The defendant represents that the motion is unopposed and that the applicant has complied with Local Rule 2.02.

It is, therefore, upon consideration,

ORDERED:

That the plaintiffs' Unopposed Motion to Appear Pro Hac Vice, Written Designation and Consent to Act and 3.01(g) Certification on behalf of attorney Jeffrey Chubak (Doc. 12) be, and the same is hereby, **GRANTED**.

DONE and ORDERED at Tampa, Florida, this 19th day of September, 2017.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE