**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**MEDICAL IMAGING CORP. PARTNERS IMAGING OF VENICE, LLC, PARTNERS IMAGING CENTER OF CHARLOTTE, LLC and PARTNERS IMAGING CENTER OF NAPLES, LLC.**

      **Plaintiff,**

                                        **Case No.: 8:17-cv-1933-CEH-TGW**

**vs.**

**PARTNERS IMAGING HOLDINGS, LLC,**

      **Defendant.**

_____/

**NOTICE OF CORRECTION OF SIGNATURE BLOCK
IN DEFENDANT'S MOTION TO DISMISS**

COMES NOW the Defendant, PARTNERS IMAGING HOLDINGS, LLC, by and through its undersigned attorneys, and hereby files this Notice of Correction to the signature block in the Defendant's Motion to Dismiss filed on September 27, 2017, by stating that the Motion to Dismiss is filed on behalf of Partners Imaging Holdings, LLC.

Dated: October 5, 2017.

                                        Respectfully submitted,

                                        James H. Burgess, Jr., Esq.
                                        Florida Bar No. 0280763
                                        Attorney for Defendant
                                        Partners Imaging Holdings, LLC
                                        1776 Ringling Boulevard
                                        Sarasota, FL 34236
                                        Telephone: 941-366-3700
                                        Facsimile:  941-366-0189
                                        Email: jburgess@burgessharrell.com
                                        BY:   s/James H. Burgess, Jr.
                                              James H. Burgess, Jr.

## CERTIFICATE OF SERVICE

    I hereby certify that on the 5th day of October 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to:

    Seth P. Robert, Esquire
    Florida Bar No. 145696
    Brown Robert, LLP
    150 North Federal Highway
    Fort Lauderdale, FL 33301
    Telephone: 954-832-9400
    Facsimile: 954-832-9430
    Attorney for Plaintiff
    Email: srobert@brownrobert.com

    Jeffrey Chubak, Esquire
    (admitted *pro hac vice*)
    STORCH AMINI PC
    140 East 45th Street, 25th Floor
    New York, NY 10017 10017
    Telephone: (212) 497-8247
    Facsimile: (212) 490-4208
    Email: jchubak@storchamini.com

                                              By:     s/James H. Burgess, Jr.
                                                       James H. Burgess, Jr.
                                                       Florida Bar No. 0280763