UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MEDICAL IMAGING CORP., PARTNERS
IMAGING CENTER OF VENICE, LLC,
PARTNERS IMAGING CENTER OF
CHARLOTTE, LLC, and PARTNERS
IMAGING CENTER OF NAPLES, LLC,  Case No. 8:17-cv-1933-T-36TGW
    Plaintiffs,

- against -

PARTNERS IMAGING HOLDINGS LLC,
    Defendant.
_____/

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF DEADLINE TO ADD PARTIES OR AMEND PLEADINGS

The Plaintiffs Medical Imaging Corp., Partners Imaging Center of Venice, LLC, Partners Imaging Center of Naples, LLC, and Partners Imaging Center of Charlotte, LLC (collectively, the "Plaintiffs"), by and through their undersigned counsel, submit this unopposed motion pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for a fourteen (14) day extension of the deadline to add parties or amend the pleadings to January 26, 2018 (the "Unopposed Motion"). For the reasons set forth below, the Unopposed Motion should be granted.

1. On or about November 9, 2017, the Court entered a Case Management and Scheduling Order (the "Scheduling Order") [DE 22].

2. The Scheduling Order established January 12, 2018 as the deadline to add parties or to amend pleadings [DE 22, at 2].

3. The parties are in the process of reviewing certain preliminary documents and addressing the claims and wish to complete this initial process prior to making any determination

Case 8:17-cv-01933-CEH-TGW   Document 25   Filed 01/12/18   Page 2 of 3 PageID 182

about whether there is a need to add parties or amend the pleadings.

4. Plaintiffs respectfully requests a fourteen (14) day extension of the deadline until January 26, 2018.

5. Undersigned counsel discussed the instant motion with Defendant's counsel pursuant to Local Rule 3.01(g) and has been advised that Defendant does not oppose the relief sought herein.

WHEREFORE, the Plaintiffs respectfully request that this Court grant the Unopposed Motion and extend the time to add parties or to amend the pleadings for fourteen (14) days until January 26, 2018, together with granting such other and further relief as to this Court appears just and proper.

Dated: January 12, 2018                                    Respectfully submitted,

/s/ Seth P. Robert
Seth P. Robert
Florida Bar No. 145696
BROWN ROBERT, LLP
150 North Federal Highway
Fort Lauderdale, Florida 33301
Tel: (954) 832-9400
Fax: (954) 832-9430
E-mail: srobert@brownrobert.com

Jeffrey Chubak (admitted *pro hac vice*)
STORCH AMINI PC
140 East 45th Street, 25th Floor
New York, New York 10017
Tel: (212) 490-4100
Fax: (212) 490-4208
E-mail: jchubak@storchamini.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 12, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, causing a copy and notice of electronic filing to be sent to:

            James H. Burgess, Jr., Esq.
            Florida Bar No. 0280763
            1776 Ringling Boulevard
            Sarasota, Florida 34236
            Tel: (941) 366-3700
            Fax: (941) 366-0189
            E-mail: jburgess@burgessharrell.com

                        /s/ Seth P. Robert
                        Seth P. Robert