# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**MEDICAL IMAGING CORP., PARTNERS IMAGING OF VENICE, LLC, PARTNERS IMAGING CENTER OF CHARLOTTE, LLC and PARTNERS IMAGING CENTER OF NAPLES, LLC,**

  **Plaintiff,**

vs.

**PARTNERS IMAGING HOLDINGS, LLC,**

  **Defendant.**

_____/

Case No.: 8:18-cv-437-T-33AAS
(Covington)

Case No.: 8:17-cv-1933-CEH-TGW
(Honeywell)

## MOTION TO WITHDRAW

Lance Grossman, Esq., hereby moves to withdraw as counsel for Partners Imaging Holdings, LLC (PIH), and in support thereof would state:

1. This case was initially filed in the New York Supreme Courtand removed to US District Court for the Southern District of New York. I was hired as local counsel for Partners Imaging Holdings, LLC, through their Florida attorney, the offices of James H. Burgess, Jr., of Burgess, Harrell, Mancuso, Colton & LaPorta P.A.

2. My role was to be local counsel in New York to Burgess, Harrell, Mancuso, Colton & La Porta, P.A. Now that the case has been moved to Florida, my services are no longer needed.

3. PIH will still be represented in this case by Florida counsel and PIH has no objection to my withdrawal as counsel.

4.  This matter was discussed with counsel for Plaintiff and they have no objection to this

motion.

WHEREFORE, Lance Grossman prays this Court will grant him leave to withdraw as counsel for PIH.

DATED: March 5, 2018                Lance Grossman
                                    11 Broadway-Suite 615
                                    New York, New York   10004
                                    (212) 571-4649
                                    Email: lsglawoffices@verizon.net

                                    By:     s/Lance Grossman
                                    Attorney for Defendant


DATED: March 5, 2018                James H. Burgess, Jr., Esquire
                                    Florida Bar No. 280763
                                    Burgess, Harrell, Mancuso, Colton &
                                    La Porta, P.A.
                                    1776 Ringling Boulevard
                                    Sarasota, Florida 34236
                                    Telephone:   (941) 366-3700
                                    Facsimile:   (941) 366-0189
                                    Email: jburgess@burgessharrell.com

                                    By:     s/James H. Burgess, Jr.
                                    Attorney for Defendant